**IT IS ORDERED as set forth below:**

**Date: January 14, 2013**

_Wendy L. Hagenau_

_____

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-69266-WLH |
| | ) | |
| DIEGO A. MOLINA-SALAS, | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### ORDER ON MOTION TO SETTLE

On December 14, 2012, Trustee filed a Motion to Settle and Compromise a Controversy ("the Motion")(Docket No. 77), seeking authority to settle the estate's claim to Debtor's alleged equity in his residence [2633 Winding Lane, N.E., Atlanta, Georgia 30319, hereinafter the "residence"] in excess of Debtor's allowed exemption.

Trustee alleges that: (a) he is authorized to pursue these matters on behalf of the estate; (b) substantial legal questions are involved in the prosecution of said actions;

and (c) the proposed settlement is in the best interest of the estate and its creditors pursuant to the various factors set forth in *In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1549 (11th Cir.1990) and *In the Matter of Jackson Brewing Company*, 624 F.2d 599 (5th Cir.1980). Notice of the Motion was given to Debtor, Debtor's attorneys, and all creditors and parties in interest. No party filed an objection, and no party appeared at the hearing on the Motion scheduled for January 10, 2013. Trustee's Motion is deemed unopposed. Accordingly, it is hereby

**ORDERED** that the Motion of the Trustee is **GRANTED**. The Trustee is authorized to settle the estate's claim against the residence in exchange for the total payment of $9,500.00 from Debtor to the estate. Upon Trustee's prompt receipt of the $9,500.00, the trustee shall abandon the residence pursuant to 11 U.S.C. § 554.

**[END OF DOCUMENT]**

(Signature on the following page)

Presented by:


/s/ by W. Russell Patterson, Jr.
W. Russell Patterson, Jr.,
Attorney for Trustee
Georgia Bar No. 566920

Ragsdale, Beals, Seigler, Patterson & Gray LLP
229 Peachtree Street, NE, Suite 2400
Atlanta, GA 30303-1629
(404) 588-0500
(404) 523-6714 (Fax)
wrpjr@rbspg.com

**PARTIES TO BE SERVED:**

W. Russell Patterson, Jr.
Ragsdale, Beals, Seigler, Patterson & Gray
229 Peachtree St., NE, Suite 2400
Atlanta, GA 30303-1629

United States Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Diego A. Molina-Salas
2623 Winding Lane NE
Atlanta, GA 30319

Edwin K. Palmer
P. O. Box 1284
Decatur, GA 30031

William J. Smith
2202 Dunwoody Gables Dr.
Dunwoody, GA 30338