UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: MOLINA-SALAS, DIEGO A.    § Case No. 11-69266-WLH
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Edwin K. Palmer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $293,091.49    Assets Exempt: $19,305.21
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,894.48    Claims Discharged
Without Payment: $533,203.98

Total Expenses of Administration: $31,631.09

3) Total gross receipts of $ 48,525.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,000.00 (see **Exhibit 2**), yielded net receipts of $47,525.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,631.09 | 31,631.09 | 31,631.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 99,985.81 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 488,246.10 | 140,974.36 | 140,974.36 | 15,894.48 |
| **TOTAL DISBURSEMENTS** | $588,231.91 | $172,605.45 | $172,605.45 | $47,525.57 |

4) This case was originally filed under Chapter 7 on July 01, 2011. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2014          By: /s/Edwin K. Palmer
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY ON WINDING LANE | 1110-000 | 9,500.00 |
| LIFE INS POLICY | 1129-000 | 12,025.57 |
| POTENTIAL PERSONAL INJURY CLAIM | 1229-000 | 27,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$48,525.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Diego A. Molina-Salas | Payment per Consent Order 03/11/13 | 8100-002 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Edwin K. Palmer | 2100-000 | N/A | 5,502.56 | 5,502.56 | 5,502.56 |
| Edwin K. Palmer | 2200-000 | N/A | 173.02 | 173.02 | 173.02 |
| W. Russell Patterson, Jr., Esq. | 3210-000 | N/A | 14,300.00 | 14,300.00 | 14,300.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| W. Russell Patterson, Jr., Esq. | 3220-000 | N/A | 786.52 | 786.52 | 786.52 |
| Spence Shumway | 3410-000 | N/A | 1,147.50 | 1,147.50 | 1,147.50 |
| Spence Shumway | 3420-000 | N/A | 37.48 | 37.48 | 37.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.91 | 79.91 | 79.91 |
| The Kutikov Law Firm | 3210-600 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.87 | 67.87 | 67.87 |
| Rabobank, N.A. | 2600-000 | N/A | 43.24 | 43.24 | 43.24 |
| Rabobank, N.A. | 2600-000 | N/A | 46.43 | 46.43 | 46.43 |
| Rabobank, N.A. | 2600-000 | N/A | 51.33 | 51.33 | 51.33 |
| Rabobank, N.A. | 2600-000 | N/A | 55.50 | 55.50 | 55.50 |
| Rabobank, N.A. | 2600-000 | N/A | 53.22 | 53.22 | 53.22 |
| Rabobank, N.A. | 2600-000 | N/A | 48.00 | 48.00 | 48.00 |
| Rabobank, N.A. | 2600-000 | N/A | 56.49 | 56.49 | 56.49 |
| Rabobank, N.A. | 2600-000 | N/A | 51.27 | 51.27 | 51.27 |
| Rabobank, N.A. | 2600-000 | N/A | 49.50 | 49.50 | 49.50 |
| Rabobank, N.A. | 2600-000 | N/A | 56.25 | 56.25 | 56.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $31,631.09 | $31,631.09 | $31,631.09 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5800-000 | 69,014.61 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 30,971.20 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $99,985.81 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 47,441.30 | 47,441.30 | 4,672.09 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 5,795.33 | 5,795.33 | 570.73 |
| 3 | Atlanta Total Wellness | 7100-000 | N/A | 7,685.00 | 7,685.00 | 756.83 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 17,784.00 | 14,317.77 | 14,317.77 | 1,410.04 |
| 5 | Discover Bank | 7100-000 | 8,386.00 | 8,386.66 | 8,386.66 | 825.93 |
| 6 | Discover Bank | 7100-000 | 53,952.00 | 53,952.80 | 53,952.80 | 5,313.36 |
| 7 | Atlanta Medical Management | 7100-000 | N/A | 1,600.00 | 1,600.00 | 550.00 |
| NOTFILED | Northstar Location Services | 7100-000 | 53,952.80 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group | 7100-000 | 47,441.30 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Acquisition | 7100-000 | 17,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Palisades | 7100-000 | 47,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 90,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 15,229.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 136,500.00 | N/A | N/A | 0.00 |
| | Gwinnett Hospital System, Inc. | 7100-000 | N/A | 1,795.50 | 1,795.50 | 1,795.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$488,246.10** | **$140,974.36** | **$140,974.36** | **$15,894.48** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-69266-WLH          **Trustee:**           (300370)    Edwin K. Palmer
**Case Name:**   MOLINA-SALAS, DIEGO A.    **Filed (f) or Converted (c):** 07/01/11 (f)
                                      **§341(a) Meeting Date:**     08/08/11
**Period Ending:** 05/12/14              **Claims Bar Date:**          11/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY ON WINDING LANE | 275,786.28 | 9,000.00 | OA | 9,500.00 | FA |
| 2 | CHECKING ACCT. | 85.55 | 0.00 | | 0.00 | FA |
| 3 | MEMBERSHIP ACCT. | 41.75 | 0.00 | | 0.00 | FA |
| 4 | CHK WELLS FARGO | 10.60 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INS POLICY | 14,040.98 | 12,000.00 | | 12,025.57 | FA |
| 8 | NATIONWIDE RETIREMT ACCT | 12,167.31 | 0.00 | | 0.00 | FA |
| 9 | POTENTIAL PERSONAL INJURY CLAIM  (u) | Unknown | 27,000.00 | | 27,000.00 | FA |
| 9 | Assets   Totals (Excluding unknown values) | **$307,132.47** | **$48,000.00** | | **$48,525.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

Await final tax return from Court-Appointed Accountant; after which close case.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2012       **Current Projected Date Of Final Report (TFR):**     November 6, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-69266-WLH
**Case Name:** MOLINA-SALAS, DIEGO A.

**Taxpayer ID #:** **-***1517
**Period Ending:** 05/12/14

**Trustee:** Edwin K. Palmer (300370)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******41-66 - Checking Account
**Blanket Bond:** $52,350,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/22/12 | {7} | Lincoln Benefit Life Insurance Co. | Paymt per Ct. Order of 10/10/12 | 1129-000 | 12,025.57 | | 12,025.57 |
| 10/22/12 | {9} | USAA | Payment of PI settlement per Court Order 9/27/12 | 1229-000 | 27,000.00 | | 39,025.57 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 39,000.57 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.91 | 38,920.66 |
| 12/09/12 | 101 | Victor Kutikov, Esq. | Paymt per Ct. Ord. entered 09/27/12 Voided on 12/10/12 | 3210-600 | | 9,000.00 | 29,920.66 |
| 12/10/12 | 101 | Victor Kutikov, Esq. | Paymt per Ct. Ord. entered 09/27/12 Voided: check issued on 12/09/12 | 3210-600 | | -9,000.00 | 38,920.66 |
| 12/10/12 | 102 | The Kutikov Law Firm | Paymt per Ct. Ord. entered 09/27/12 | 3210-600 | | 9,000.00 | 29,920.66 |
| 12/17/12 | 103 | Atlanta Medical Management, PPO, LLC | Paymt. per Ct. Ord. 12/13/12 | 7100-000 | | 550.00 | 29,370.66 |
| 12/17/12 | 104 | Gwinnett Hospital System, Inc. | Paymt. per Ct. Ord. 12/13/12 | 7100-000 | | 1,795.50 | 27,575.16 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.87 | 27,507.29 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030037088 20130110 | 9999-000 | | 27,507.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 39,025.57 | 39,025.57 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,507.29 | |
| | | | **Subtotal** | | 39,025.57 | 11,518.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,025.57** | **$11,518.28** | |

{} Asset reference(s)                                                                        Printed: 05/12/2014 12:24 PM    V.13.15

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-69266-WLH  
**Case Name:** MOLINA-SALAS, DIEGO A.

**Taxpayer ID #:** **-***1517  
**Period Ending:** 05/12/14

**Trustee:** Edwin K. Palmer (300370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $52,350,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 27,507.29 | | 27,507.29 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.24 | 27,464.05 |
| 02/06/13 | {1} | William J. Smith | Paymt per Ct. Ord. of 1/14/13 | 1110-000 | 9,500.00 | | 36,964.05 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.43 | 36,917.62 |
| 03/13/13 | 10105 | Diego A. Molina-Salas | Payment per Consent Order 03/11/13 | 8100-002 | | 1,000.00 | 35,917.62 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.33 | 35,866.29 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.50 | 35,810.79 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.22 | 35,757.57 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.00 | 35,709.57 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.49 | 35,653.08 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.27 | 35,601.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.50 | 35,552.31 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.25 | 35,496.06 |
| 02/15/14 | 10106 | W. Russell Patterson, Jr., Esq. | Dividend paid 100.00% on $14,300.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 14,300.00 | 21,196.06 |
| 02/15/14 | 10107 | W. Russell Patterson, Jr., Esq. | Dividend paid 100.00% on $786.52, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 786.52 | 20,409.54 |
| 02/15/14 | 10108 | Spence Shumway | Dividend paid 100.00% on $1,147.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,147.50 | 19,262.04 |
| 02/15/14 | 10109 | Spence Shumway | Dividend paid 100.00% on $37.48, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 37.48 | 19,224.56 |
| 02/15/14 | 10110 | American InfoSource LP as agent for | Dividend paid 9.84% on $47,441.30; Claim# 1; Filed: $47,441.30; Reference: | 7100-000 | | 4,672.09 | 14,552.47 |
| 02/15/14 | 10111 | FIA CARD SERVICES, N.A. | Dividend paid 9.84% on $5,795.33; Claim# 2; Filed: $5,795.33; Reference: | 7100-000 | | 570.73 | 13,981.74 |
| 02/15/14 | 10112 | Atlanta Total Wellness | Dividend paid 9.84% on $7,685.00; Claim# 3; Filed: $7,685.00; Reference: | 7100-000 | | 756.83 | 13,224.91 |
| 02/15/14 | 10113 | LVNV Funding, LLC its successors and assigns as | Dividend paid 9.84% on $14,317.77; Claim# 4; Filed: $14,317.77; Reference: | 7100-000 | | 1,410.04 | 11,814.87 |
| 02/15/14 | 10114 | Discover Bank | Dividend paid 9.84% on $8,386.66; Claim# 5; Filed: $8,386.66; Reference: | 7100-000 | | 825.93 | 10,988.94 |
| 02/15/14 | 10115 | Discover Bank | Dividend paid 9.84% on $53,952.80; Claim# 6; Filed: $53,952.80; Reference: | 7100-000 | | 5,313.36 | 5,675.58 |
| 02/15/14 | 10116 | Edwin K. Palmer | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND | | | 5,675.58 | 0.00 |

Subtotals :    $37,007.29    $37,007.29

{} Asset reference(s)

Printed: 05/12/2014 12:24 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-69266-WLH | | Trustee: | Edwin K. Palmer (300370) |
|---|---|---|---|---|
| Case Name: | MOLINA-SALAS, DIEGO A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6266 - Checking Account |
| Taxpayer ID #: | **-***1517 | | Blanket Bond: | $52,350,000.00  (per case limit) |
| Period Ending: | 05/12/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | INTEREST | | | | |
| | | | Dividend paid 100.00%    5,502.56 on $5,502.56;  Claim# ; Filed: $5,502.56 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    173.02 on $173.02;  Claim# ; Filed: $173.02 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 37,007.29 | 37,007.29 | $0.00 |
| | | | Less: Bank Transfers | | 27,507.29 | 0.00 | |
| | | | **Subtotal** | | 9,500.00 | 37,007.29 | |
| | | | Less: Payments to Debtors | | | 1,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,500.00** | **$36,007.29** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******41-66 | 39,025.57 | 11,518.28 | 0.00 |
| Checking # ******6266 | 9,500.00 | 36,007.29 | 0.00 |
| | $48,525.57 | $47,525.57 | $0.00 |

{} Asset reference(s)

Printed: 05/12/2014 12:24 PM    V.13.15