UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Diego A. Molina−Salas**
2623 Winding Lane NE
Atlanta, GA 30319

**xxx−xx−2096**

Case No.: **11−69266−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE
AND CLOSING ESTATE

It appearing to the Court that

**Edwin K. Palmer**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

*Wendy L. Hagenau*

Wendy L. Hagenau
United States Bankruptcy Judge

Dated:   June 11, 2014
Form 183